UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                )
                                      )
    SIAH WILLIE,                )    Case No. 13-00559
                                      )    Chapter 7
        Debtor.                 )
                                      )
                                      )

### TRUSTEE'S APPLICATION TO EMPLOY REAL ESTATE AGENT

Comes now Wendell W. Webster ("Trustee"), the Chapter 7 Trustee for Siah Willie ("Debtor"), and hereby applies for the Court's approval to employ Helen Dodson of Keller Williams Capital Properties, as a real estate agent in connection with the sale of the Debtor's interest in a cooperative association located at 1429 Girard Street, N.W., Unit 305, Washington, D.C. 20009. In support of this Application, the Trustee represents as follows:

1. On September 8, 2013, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, and Wendell W. Webster was appointed to serve as the Chapter 7 Trustee

2. The Debtor owns an interest in a certain cooperative association located at 1429 Girard Street, N.W., Unit 305, Washington, D.C. 20009 (the "Cooperative").

3. The Cooperative is subject to the secured liens of Mr. Tony Akhigbe and 1429 Girard Street, N.W. Cooperative Association, Inc. The Trustee requires Ms. Helen Dodson's assistance to sell the Cooperative subject to the rights of the secured lien holders. The Trustee wishes to employ Ms. Dodson, as necessary, to assist the Trustee in all aspects of the sales process.

4. The Trustee believes that Ms. Dodson is well-qualified to act as a real estate agent in this case based upon Ms. Dodson's knowledge and experience in the area of real estate consulting. As set forth in her attached Verified Statement, Ms. Dodson is licenced in Washington, D.C. and

Maryland. She has over 30 years of experience in the real estate business, including the sale of single family homes, condominiums, cooperatives, estate properties, and bank-owned properties. Ms. Dodson is a member of the Greater Capital Area Association of Realtors, National Association of Realtors, and Metropolitan Regional Information System.

5.  To the best of the Trustee's knowledge, neither Ms. Dodson, nor any member of Keller Williams Capital Properties has any connection with the debtor, creditors, any party in interest in these proceedings, or their respective attorneys and accountants.

6.  To the best of the Trustee's knowledge, neither Ms. Dodson, nor any member of Keller Williams Capital Properties has any connection with the United States Trustee, or any person employed in the Office of the United States Trustee.

7.  Furthermore, to the best of the Trustee's knowledge, neither Ms. Dodson, nor any member of Keller Williams Capital Properties represents any interest that is adverse to the interests of Debtor or the estate.

8.  The Trustee has agreed to pay Ms. Dodson a six (6%) percent commission in connection with the sale of the Cooperative. Ms. Dodson is willing to accept said employment subject to this Court's approval of payment for services rendered. A copy of the Listing Agreement is attached hereto as Exhibit 1.

9.  The Verified Statement of Ms. Dodson is attached hereto as Exhibit 2.

10. The Trustee desires to employ Ms. Dodson and to pay her fees and expenses upon application to the Court.

WHEREFORE, for these reasons and any other reasons the Court may find, the Trustee requests that the Court approve the Trustee's application to employ real estate agent Helen Dodson of Keller Williams Capital Properties as necessary, and that the Trustee have such other and further relief as is just and proper.

Respectfully submitted,

WEBSTER & FREDRICKSON, PLLC

*/s/ Natalie S. Walker*
Natalie S. Walker, Esq., DC Bar No. 499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

Counsel for the Trustee

## **CERTIFICATE OF SERVICE**

I hereby certify that on this *4th* day of August, 2015, a true and correct copy of the foregoing Trustee's Application to Employ Real Estate Agent, verified statement, and proposed order were sent via the Court's Electronic Filing System to:

Joseph A. Guzinski, Esq.
Office of the U.S. Trustee
115 S. Union Street
Suite 210
Alexandria, VA 22314

*/s/ Natalie S. Walker*
Natalie S. Walker, Esq., DC Bar No. 499276
1775 K Street, N.W.
Suite 600
Washington, D.C. 20006
(202) 659-8510

Counsel for the Trustee