IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | * |
| SIAH WILLIE | * |
| (Debtor) | *  Case No. 13-00559 |
| | *  (Chapter 7) |
| | * |
| | * |
| | * |

**MOTION FOR RULE 2004 EXAMINATION AND
SUBPOENA *DUCES TECUM* OF THIRD PARTY(S)**

Creditor Tony Akhigbe  ("Akhigbe" or the "Movant"), by Counsel Michael Wein, Esquire, pursuant to Bankruptcy Rule 2004(a), LBR 2004-1, and FRCP 45, and with the consent of Trustee Wendell Webster ("Trustee"), hereby moves this Court for the entry of an Order directing Third Party Oakes Management ( "Oakes")  and Third Party 1429 Girard Street, N.W. Cooperative Association, Inc. ("Co-op") to appear at the Law Offices of Michael Wein, 7820 Belle Point Drive, Greenbelt, Maryland 20770, or at such location as the parties including the Deponent may mutually agree, for examination under oath, concerning information of property owned and operated of 1429 Girard Street, N.W. Washington, D.C. 20009.  This examination, including a subpoena *duces tecum,* includes the financial condition, valuation, receipt and/or disposition of the monies to and from the property, and any other matters which may affect the administration of the Debtors Estate, and to produce for inspection and copying, at least ten business days prior to the Rule 2004 Examination, certain documents which the Deponent(s) possess or have custody or control over, and states as follows:

1. On or about September 8, 2013, the Debtor filed a Voluntary Petition for Relief under Chapter 7 of the United States Bankruptcy Code.

2. Thereafter Wendell Webster, Esquire ("Trustee") was appointed to serve as Chapter 7 Trustee and continues to serve in that capacity.

### DISTRICT OF COLUMBIA REAL PROPERTY

3. At the time of bankruptcy filing, the Debtor owned a share in a Co-operative Association, located at 1429 Girard Street. Debtor owned the Share entitling Debtor to a three-room co-op apartment located at the building and a parking space, in the Columbia Heights area of the District of Columbia and initially purchasing said Share in 2000.

4. Permission was sought by Trustee with this Court, and granted, for the hiring of a Realtor Helen Dodson to sell the property on behalf of the Creditors, to which Movant Akhigbe is the main creditor in the matter. (ECF Doc. 33)

5. A number of prospective purchasers had contacted Realtor, expressing interest in the property. As part of the prospective sale, information was sought by Realtor, Trustee, and Movant, seeking information with the Cooperative Association ("Co-op") and Oakes Management Company ("Oakes"). In particular, information was sought on average monthly "expenses" for the real property, including a breakdown of the Coop Fee, taxes, and utilities that would typically be provided to prospective purchasers. Said information would be necessary to consummate any sales of the property, and to otherwise seek this Court's approval of said sale.

6. Previously, the Cooperative Association ("Co-op") for the property had agreed to provide this information, and cooperate with the sale, but then failed to fulfill their agreements.

7. It is Movant's understanding, that most of the information necessary for a realtor to effectuate the sale of the property, for the benefit of the creditors and the Bankruptcy Estate

2

is within the documents, spreadsheets, and other records presently maintained by Oakes Management Company. Oakes for many years has acted as the "bookkeeper" and manager for the Cooperative Association, and its approximately 20 shareholders and tenants, including accounting, collection and distribution of fees. Such information would be obtainable through reasonably calculated requests as part of a subpoena *duces tecum* , and if necessary, a deposition on any question(s) raised in the documents produced by the third-party Oakes Management Company, a D.C. incorporated entity. Should the "bookkeeper" Oakes Management not have the entirety of information sought and requested by Movant, then it is reasonably anticipated that the remaining information sought, would be within the confines of the 1429 Girard Street, N.W. Cooperative Association, Inc.

8.The Movant seeks to examine third-parties concerning the real property located at 1429 Girard Street being sold, particularly the "financials," "expenses" and "coop fee" amount for prospective purchasers, and the range of values associated with existing and prior shareholders of the cooperative association, and relevant documents examining these issues.

9.The Co-op and Oakes Management Company, despite requests from the Realtor and Trustee, could not adequately explain both the disposition and receipts of funds by the Debtor on the property, or the approximately 20 similarly situated shareholders and tenants of the District of Columbia property, located at 1429 Girard Street, N.W., Washington, D.C. 20009.

**RELIEF REQUESTED**

10.The Movant requires and requests an opportunity to examine the third-parties and their documentation for information on the 1429 Girard Street real property, in order to achieve a sale of the property, which affects the administration of the Debtor's Estate.

11. Trustee has consented to this Motion and the Relief requested by the Movant.

3

WHEREFORE, Movant and Creditor Tony Akhigbe, with the Consent of Trustee Wendell Webster, Esquire, respectfully requests that this Court enter an Order:

A. Granting said request for Rule 2004 Examination for Third Parties; (1) Oakes Management, Incorporated, and (2) 1429 Girard Street, N.W. Cooperative Association, Inc.; and

B. Directing the Third Parties, to appear and submit to an examination by the Movant, Creditor Tony Akhigbe; and

C. Requiring the Debtor to produce at least ten (10) business days prior to the Rule 2004 Examination, the documents requested; and

D. Granting such other and further relief as the nature of this case may require.

        Respectfully submitted

        /s/ Michael Wein  (Fed. Bar. No. 15950 (Md.))
        Michael Wein, Esquire
        7829 Belle Point Drive
        Greenbelt, Maryland 20770
        T:  (301) 441-1151
        F: (301) 441-887
        weinlaw@hotmail.com

        Attorney for Creditor Tony Akhigbe

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of June 2016, a true and correct copy of the foregoing has been furnished by first class mail, postage prepaid, or via electronic transmission to:

Natalie S. Walker, Esquire
Webster & Frederickson, PLLC
1775 K. Street, N.W.
Suite 600
Washington, D.C. 2006

Counsel for Trustee Wendall Webster, Esquire

and

Brian V. Lee, Esquire
1250 Connecticut Avenue, NW
2nd Floor
Washington, D.C. 20036

Counsel for Debtor

and

Office of the United States Trustee
C/o Joseph Guzinski, Esquire
115 S. Union Street, Room 210
Alexandria, VA 22314


/s/ Michael Wein (Fed. Bar. No. 15950 (Md.))

Michael Wein, Esquire